Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Arizona

Phoenix Division

```
FILED ____ LODGED
✓ RECEIVED ____ COPY

MAY 30 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Anthony-Leo: Montez. "Pro-Se"   )   Case No.   CV-23-958-PHX-JJT
) *(to be filled in by the Clerk's Office)*
)
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* ) Jury Trial: *(check one)*  ✓ Yes  ☐ No
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
Circle K Stores, Inc., et al. )
)
)
)
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

## COMPLAINT FOR A CIVIL CASE

**I.  The Parties to This Complaint**

  **A.  The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | Anthony-Leo: Montez. "Pro Se" |
  | Street Address | 42080 W Anne Lane |
  | City and County | Maricopa / Pinal |
  | State and Zip Code | Arizona [85138] |
  | Telephone Number | (602) 461-2994 |
  | E-mail Address | BezosInvestmentExpressTrust@gmail.com |

  **B.  The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Circle K Stores, Inc., et al.
- Job or Title (if known):
- Street Address: 1130 W Warner Rd.
- City and County: Tempe / Maricopa
- State and Zip Code: Arizona 85284
- Telephone Number: (602) 728-8000
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S. Code § 5001(b) Personal Injury

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

      The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. On Jan.7th, 2023, the Plaintiff Anthony-Leo: Montez., visited Circle K Store #2703378 located on 5880 W Camelback Rd. Glendale, AZ 85301. It was approximately 9:29 pm, Plaintiff stopped for some snacks and a bag of ice, he and his family were on the way to the Drive-in Theatre located on 55th ave & Bethany Rd. (See attached Exhibit A).The Plaintiff could not find where the ice was located and asked the clerk, she pointed to the far right corner of the store. Plaintiff walked in the direction and shortly arrived at a walk in freezer. Plaintiff opened the doors and walked in, he immediately had to step over a pile of ice. His second step, plaintiff slipped on a pad of frozen ice (shown in Exhibit B). Plaintiff attempted to catch himself, however, he hit the right side of

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Due to the Defendants' negligence, carelessness and recklessness, Plaintiff has suffered and will continue to suffer personal injury, pain and suffering, discomfort, emotional distress, anxiety, loss of enjoyment of life, medical expenses, and other special damages. Plaintiff respectfully requests judgment against Defendants' as follows: past and future medical treatment and expenses; loss of earnings; general damages; pain and suffering; loss of enjoyment and special damages. Plaintiff is requesting treble damages of $60,000.00 totaling $180,000.00.

### III. Statement of Claim – Continued

1. <u>Continued</u>… his head on the freezer wall and injured both his head and his pinky finger on his right hand. To add further insult when the Plaintiff reported his fall to the clerk, whose name is Krystal, she laughed and stated that she, "Slips all the time" in the freezer. The plaintiff did not laugh, this was not a laughing matter, the clerk was working alone and had a line of customers and did not move to make an incident report or state anything else to the Plaintiff but instead went about helping the other customers in the store. The clerk's comment further shows that the Defendant, Circle K Stores, is aware of the situation and did nothing to remedy the situation. Thus, proving that the Defendant is negligent and at fault. The Defendant has a duty to exercise reasonable care and caution for the safety of the Plaintiff and other business invitees. the Defendant negligently and carelessly breached this duty and allowed the premises to be unsafe for Plaintiff and other invitees by:

   a. Failing to maintain the premises;
   b. Failing to institute safety precautions;
   c. Failing to provide safety measures;
   d. Failing to use barriers and signage to warn of unreasonably dangerous and hazardous conditions; and
   e. Failing to train employees to identify, report, and promptly remedy all trip and fall hazards and unreasonably dangerous and hazardous conditions.

2. The Plaintiff had a severe headache and was experiencing dizziness, later that night The Plaintiff was taken to the Emergency Room. (See Exhibit C) There he received medical care. Later the following week, he was still experiencing dizziness and headaches, as well as severe Backpain. Plaintiff went to see his PCP who recommended physical therapy for his pain and requested to see Plaintiff back again. Plaintiff is still seeking medical intervention for the injuries sustained on January 7th, 2023.

Complaint for Civil Case – May 30, 2023

3. The Plaintiff attempted to remedy the situation outside of court by sending Affidavits By Green Receipt via United States Postal Service (Attached Exhibit D). Plaintiff sent three (3) Affidavits (Attached Exhibit E) as follows:

   a. Sent January 20th, 2023 – USPS Certified Mail # <u>7022 1670 0001 3902 2172</u> Delivered January 28th, 2023

   b. Sent February 21st, 2023 – USPS Certified Mail # <u>7022 1670 0001 3902 2196</u> Delivered February 27, 2023

   c. Sent April 5th, 2023 – USPS Certified Mail # <u>7022 0410 0003 1786 2050</u> Delivered April 10th, 2023

All Affidavits went unrebutted and unanswered.

4. Plaintiff is seeking declaratory judgment under Rule 55, Federal Rules of Civil Procedure. The Plaintiff attempted multiple times to settle this matter privately with the Defendant to no avail.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/30/2023

Signature of Plaintiff
Printed Name of Plaintiff: Anthony-Leo: Montez. "Pro Se"

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address